UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE RUSHING**                                                **PETITIONER**

**v.**                                                      **No. 1:06CV187-SA-JAD**

**STATE OF MISSISSIPPI, et al**                                  **RESPONDENTS**

## **FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 1, 2008, was on that date duly served by first class mail upon the petitioner, and the attorneys of record for the respondents; that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 1, 2008, is hereby, approved and adopted as the opinion of the Court; and

2. That Petitioner's Habeas Corpus Petition is denied and dismissed with prejudice.

THIS, the   4th   day of June, 2008.

                                                                                   **/s/ Sharion Aycock**
                                                                                   **U. S. DISTRICT JUDGE**